45D10-2307-CT-000764

Lake Superior Court, Civil Division 6

Filed: 7/12/2023 1:06 PM
Clerk
Lake County, Indiana

| | | |
|---|---|---|
| STATE OF INDIANA ) | | IN THE LAKE COUNTY SUPERIOR COURT |
| ) SS: | | |
| COUNTY OF LAKE ) | | CAUSE NO: |

DAVID MACK,

    Plaintiff,

vs.

PILOT TRAVEL CENTERS, LLC
D/B/A FLYING J TRAVEL CENTER,

    Defendant.

## COMPLAINT FOR DAMAGES

COMES now the Plaintiff, David Mack ("Plaintiff"), by counsel, and for his Complaint for Damages against the Defendant, Pilot Travel Centers, LLC d/b/a Flying J Travel Center, alleges and asserts that:

1. At all times mentioned herein, the Plaintiff, David Mack, was and is a resident of the City of Hazleton, County of Luzerne, State of PA.

2. At all times mentioned herein, the Defendant, Pilot Travel Centers, LLC, ("Defendant") was doing business in the State of Indiana and was maintaining a premises located at 1401 Ripley Street, City of Lake Station, County of Lake, State of IN.

3. All of the acts and/or omissions of the Defendant, Pilot Travel Centers, LLC, herein alleged, were performed and/or omitted by and through the agents, servants, and/or employees of the Defendant while they were acting within the scope and course of their employment.

4. On or about 02/02/2022, the Plaintiff was a guest and invitee of the Defendant at the above-referenced premises, when he was injured.

5. The Defendant was required to exercise reasonable and ordinary care under all circumstances and operation of its premises, including the above- referenced premises at which the Plaintiff was injured.

6. The above-mentioned incident was directly and proximately caused by the carelessness and negligence of the Defendant, including, but not limited to, one or more of the following acts and/or omissions:

   a. The Defendant carelessly and negligently failed to inspect and discover the dangerous condition existing at said location;

   b. The Defendant carelessly and negligently failed to warn the Plaintiff of the dangerous condition existing at said location when the Defendant knew or should have known of the same;

   c. The Defendant carelessly and negligently failed to provide premises reasonably safe under the existing conditions; and

   d. The Defendant carelessly and negligently failed to correct the dangerous condition at said location when the Defendant knew or should have known of the existence of the same.

7. As a direct and proximate result of the Defendant's carelessness and negligence, the Plaintiff sustained personal injuries, resulting in pain and suffering.

8. As a result of his injuries and their effects, the Plaintiff has been required to engage the services of hospitals, physicians, and medical technicians for medical treatment, medication and x-rays, and has incurred, and may incur in the future, medical expenses for such treatment.

9. As a result of his injuries, the Plaintiff has incurred reasonable medical expenses for medical care and treatment and may incur additional medical expenses in the future.

10. As a result of his injuries and the treatment of said injuries, the Plaintiff, David Mack, has lost income, and may continue to lose income in the future, all caused by the negligence of the Defendant.

WHEREFORE, the Plaintiff, David Mack, prays for judgment against the Defendant, Pilot Travel Centers, LLC d/b/a Flying J Travel Center, in an amount commensurate with his injuries and damages, for the costs of this action, and for all other just and proper relief in the premises.

Respectfully Submitted,

*/s/ Rudy M. Longman*

Rudy Longman, #32673-29
Attorney for Plaintiff(s)

**HENSLEY LEGAL GROUP, PC**
8350 Sunlight Drive, Ste. 300
Fishers, IN 46037
(317) 472-3333 (Phone)
(317) 472-3340 (Facsimile)
rlongman@hirehensley.com

## REQUEST FOR TRIAL BY JURY

Comes now the Plaintiff, David Mack by counsel, and file herein his request for trial by jury for the above action.

Respectfully submitted,

Rudy Longman, #32673-29
Attorney for Plaintiff(s)

**HENSLEY LEGAL GROUP, PC**
8350 Sunlight Drive, Ste. 300
Fishers, IN 46037
(317) 472-3333 (Phone)
(317) 472-3340 (Facsimile)
rlongman@hirehensley.com