UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| DAVID MACK, | ) |
| Plaintiff, | ) ) ) |
| v. | ) CAUSE NO. 2:23-cv-00374-TLS-JPK |
| | ) |
| PILOT TRAVEL CENTERS, LLC D/B/A FLYING J TRAVEL CENTER & ADVANCED MAINTENANCE SERVICES GROUP LLC, | ) ) ) ) ) |
| Defendants | ) |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Come now, all parties of record, by their respective counsel, and show to the Court that all claims related to the above-captioned cause of action have been fully compromised and settled and all parties hereby stipulate to the dismissal of the claim, with prejudice, costs paid.

The Court retains jurisdiction for the purpose of settlement enforcement.

Respectfully submitted,

*[signature: Kelly A Cicillian]*

Kelly Cicillian, # IN: 26628-64
Attorney for Plaintiff

Respectfully submitted,

*/s/ Kari H. Halbrook* **(with permission)**
Kari H. Halbrook, # 22218-49
Attorney for Defendant

Respectfully submitted,

*/s/ Zachary D. Fletcher* **(with permission)**
Zachary D. Fletcher, #6310861
Laura Nishimura, # 6333135
Attorney for Defendant