UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| DAVID MACK,<br>    Plaintiff,<br><br>    v.<br><br>PILOT TRAVEL CENTERS, LLC d/b/a<br>FLYING J TRAVEL CENTER and<br>ADVANCED MAINTENANCE<br>SERVICES GROUP LLC,<br>    Defendants. | )<br>)<br>)<br>)  CAUSE NO.: 2:23-CV-374-JEM<br>)<br>)<br>)<br>)<br>)<br>) |

**ORDER**

This matter is before the Court on a Joint Stipulation of Dismissal with Prejudice [DE 51], filed by the parties on August 18, 2025. A plaintiff may voluntarily dismiss an action without a court order by filing a stipulation of dismissal signed by all parties who have appeared. Fed. R. Civ. P. 41(a)(1)(A)(ii). Plaintiff has done so in this case, and the Court accordingly **ACKNOWLEDGES** that all claims are **DISMISSED with prejudice**.

SO ORDERED this 19th day of August, 2025.

                                                  s/ John E. Martin
                                                  MAGISTRATE JUDGE JOHN E. MARTIN
                                                  UNITED STATES DISTRICT COURT

cc:    All counsel of record